# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136252(20)

JONATHON RESSLER and PAMELA
RESSLER,
      Plaintiffs-Appellees,

v

                                     SC: 136252
                                     COA: 280110

HUNTERS CREEK ESTATES,
          Defendant,
and

Mecosta CC: 07-018102-AV

PAT GITLER,
          Defendant-Appellant.

_____/

On order of the Court, the motion for reconsideration of this Court's June 23, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2008

_____
Clerk

d1020